IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:13-CV-00505-GCM

| | |
|---|---|
| **ROCKY SMITH**, et. al.<br><br>        Plaintiffs,<br><br>v.<br><br>**CITY OF CHARLOTTE**,<br><br>        Defendant. | **ORDER** |

**THIS MATTER** is before the court on Defendant's Motion for Stay of the Initial Attorneys' Conference. Having considered Defendant's Motion and noting that Plaintiffs do not object, this court grants Defendant's Motion to Stay the Initial Attorneys' Conference.

**IT IS THEREFORE, ORDERED** that Defendant's Motion to Stay the Initial Attorneys' Conference until fourteen (14) days after Defendant files its Amended Answer is **GRANTED**.

Signed: September 24, 2013

*[signature]*

Graham C. Mullen
United States District Judge