IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-505-GCM

| | |
|---|---|
| ROCKY SMITH, *et al*, | ) |
|     Plaintiffs, | ) |
| | ) |
| v | )    **ORDER** |
| | ) |
| CITY OF CHARLOTTE, *et al*, | ) |
|     Defendants. | ) |

THIS MATTER is before the Court on its own motion. The trial in this matter is RE-SET for the July 13, 2015 term of court.

IT IS SO ORDERED.

Signed: March 9, 2015

Graham C. Mullen
United States District Judge