IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-505-GCM

| | | |
|---|---|---|
| ROCKY SMITH, *et al,* | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v | ) | **ORDER** |
| | ) | |
| CITY OF CHARLOTTE, *et al,* | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on its own motion.   The trial in this matter is hereby RE-SET for September 8, 2015.

IT IS SO ORDERED.


Signed: June 24, 2015


Graham C. Mullen
United States District Judge